ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANTOS YOVANNY CARDENAS-REYES, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORAKS, Secretary, U.S. Department of Homeland Security, <br><br> Defendant. | 4:23-cv-03038 DMR <br><br> **STIPULATION TO EXTENSION OF TIME FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; ORDER** |

    Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate to an extension of time for Defendant to file his motion for summary judgment. Defendant will file his motion for summary judgment by November 21, 2023. For these reasons, and as articulated below in the Declaration of Counsel, the parties respectfully request that the Court grant their stipulation.

Stipulation
4:23-cv-03038 DMR

1 | Dated: November 14, 2023

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney

Attorneys for Defendant

Dated: November 14, 2023

 /s/ Kevin M. Crabtree
KEVIN M. CRABTREE
ASHLEY A. BYERS

Attorneys for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Defendant will file his motion for summary judgment by November 21, 2023.

Date: November 15, 2023

IT IS SO ORDERED
Judge Donna M. Ryu

_____
DONNA M. RYU
United States Chief Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
4:23-cv-03038 DMR

**DECLARATION OF ELIZABETH D. KURLAN**

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States District Court for the Northern District of California and counsel of record for the federal Defendant in the above-captioned action.

2. On September 15, 2023, Defendant filed his answer to the Complaint. *See* Dkt. No. 13.

3. On November 14, 2023, I contacted Plaintiffs regarding Defendant's request for a brief extension of time to prepare their motion for summary judgment, and Plaintiffs consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  November 14, 2023

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

Stipulation
4:23-cv-03038 DMR